IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIAS JACKSON,

    Plaintiff,

v.

WARDEN TREVONZA BENNETT, et al.,

    Defendants.

CIVIL ACTION NO.: 6:23-cv-12

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. Doc. 10. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Shuemaker, Majette, Johnson, Fales, Law, Winchell, Granch, Martin, C. Jones, Cooper, Thomas, Riley, Barber, Y. Jones, Bobbitt, and White. Id. Plaintiff's deliberate indifference to a serious medical need claims against Defendants Cheney, Hernandez, Murray, and Bowen remain pending. Id.; Doc. 11.

**SO ORDERED**, this 13th day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA