## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

KEVIAS JACKSON,

        Plaintiff,

    v.

WARDEN TREVONZA BOBBITT, et al.,

        Defendants.

CIVIL ACTION NO.: 6:23-cv-12

## <u>O R D E R</u>

The Court previously issued an Order adopting the Magistrate Judge's Report and Recommendation.  Doc. 14.  Due to an oversight, Defendant Moye was not among those Defendants listed in the statute of limitations section of the Report and Recommendation.  <u>Id.</u> at 6.  Claims against this Defendant are also barred by the statute of limitations.  The Court **DISMISSES** Plaintiff's claims against Defendant Moye.

Plaintiff's claims against Defendant Moye are barred by the applicable statute of limitations.  Georgia has a two-year statute of limitations for personal injury actions.  O.C.G.A. § 9-3-33.  Defendant Moye treated Plaintiff's injuries on October 19, 2019.  Doc. 1 at 8.  Plaintiff was aware of any deliberate indifference claims against Defendant Moye as soon as Plaintiff realized he was receiving deficient treatment.  There is no basis for tolling or for non-statutory equitable tolling in this case.  Plaintiff filed no objections to the recommended dismissal of those other Defendants, and the Court adopted this recommendation.  Thus, Plaintiff's claims against

Defendant Moye are barred, and the Court **DISMISSES** those claims.

**SO ORDERED**, this 27th day of November, 2023.

_____

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA