IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIAS JACKSON,

    Plaintiff,

v.

WARDEN JERMAIN WHITE, et al.,

    Defendants.

CIVIL ACTION NO.: 6:23-cv-12

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Defendants Boaen and White's Motions to Dismiss and dismiss Plaintiff's claims against Defendants Boaen and White. Doc. 61. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Defendants Boaen and White's Motions to Dismiss and **DISMISS** Plaintiff's claims against Defendants Boaen and White.

**SO ORDERED**, this 22nd day of September, 2025.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA