IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIAS JACKSON,

        Plaintiff,

    v.

DOCTOR DAVID CHENEY, DOCTOR
BEVERLY MURRAY, and JOEL
HERNANDEZ,

        Defendants.

CIVIL ACTION NO.: 6:23-cv-12

## O R D E R

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Defendants Cheney and Murray's Motion to Dismiss and to dismiss without prejudice Plaintiff's Complaint, as amended, based on his failure to follow this Court's Orders and failure to prosecute. Doc. 71. Plaintiff did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See <u>Macort v. Prem, Inc.</u>, 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT as unopposed** Defendants Cheney and Murray's Motion to Dismiss, doc. 63, and **DISMISS without prejudice** Plaintiff's Complaint, as amended, docs. 1, 9, 31, for failure to follow this Court's Orders and failure to prosecute. I **DIRECT** the

Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY**

Plaintiff leave to appeal *in forma pauperis*.

  **SO ORDERED**, this 22nd day of January, 2026.

               _____

            HONORABLE J. RANDAL HALL
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA