AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEVIAS JACKSON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:23-cv-00012

DOCTOR DAVID CHENEY, DOCTOR BEVERLY MURRAY, and JOEL HERNANDEZ,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed January 22, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is dismissed without prejudice, as amended, for failure to follow this Court's Orders and failure to prosecute, and Defendant's Motion to Dismiss is granted. Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.



| 1/22/2026 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Ann Duke* |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020